**SO ORDERED.**

TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: December 07, 2009



_____
**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26843/30271852

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Marion H. Brooks and Gloria A. Brooks<br>      Debtors.<br>_____<br>Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certification, Series 2007-CB2<br>      Movant,<br>    vs.<br>Marion H. Brooks and Gloria A. Brooks, Debtors, Dale D. Ulrich, Trustee.<br>      Respondents. | No. 2:09-bk-22430-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #26) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 16, 2006 and recorded in the office of the Maricopa County Recorder wherein Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certification, Series 2007-CB2 is the current beneficiary and Marion H. Brooks and Gloria A. Brooks have an interest in, further described as:

> Lot 43 of GARDEN LAKES PARCEL 23, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 318 of Maps, Page 42;
>
> TOGETHER WITH an easement for drainage, access, recreation and garden uses as set forth on instrument recorded March 14, 1988 in 88-117138, official records.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT